# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ADEEL TAHIR, individually and on behalf of a Class of other persons similarly situated,

    Plaintiff,

v.

AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC and AVIS RENT A CAR SYSTEM, LLC,

    Defendants.

**Civil Action No. 09-3495 (SRC)**

**ORDER**

**CHESLER**, District Judge

    This matter having come before the Court on Defendants' motion (1) to dismiss the Complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3); (2) in the alternative, to transfer the action pursuant to 28 U.S.C. § 1404(a); and (3) to dismiss certain portions of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted [docket entry 11]; and Plaintiff having opposed the motion; and the Court having considered the papers submitted by the parties; and the Court having opted to rule based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

    **IT IS** on this 14th day of December, 2009,

**ORDERED** that Defendants' motion to dismiss pursuant to Rule 12(b)(3), or in the alternative to transfer venue pursuant to 28 U.S.C. § 1404(a), and to dismiss certain portions of the Complaint pursuant to Rule 12(b)(6) [docket entry 11] be and hereby is **DENIED**.

       s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge