UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ADEEL TAHIR, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiffs,

v.

AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC and AVIS RENT A CAR SYSTEM, LLC,

Defendants.

Civil Action No. 09-3495

**STIPULATION AND ORDER OF DISMISSAL**

Hon. Stanley R. Chesler

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Adeel Tahir ("Tahir") and Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and Avis Rent a Car System, LLC (collectively "Avis"), pursuant to Fed. Rule Civ. Pro. 41(a)(1), through their undersigned counsel, that Plaintiff's Complaint, including but not limited to all claims brought pursuant to the Fair Labor Standards Act, 42 U.S.C. § 201 *et seq.*, is hereby dismissed with prejudice, pursuant to the Settlement Agreement & General Release signed by Tahir and Avis and reviewed *in camera* and approved by the Court, and that this Stipulation cannot be construed as an admission of fault or liability by either Tahir or Avis.

It is further stipulated that Tahir has been paid all monies and compensation due to him for time worked and work performed for Avis.

Accordingly, the parties seek an entry of an Order by this Court dismissing Plaintiff's entire Complaint with prejudice.

_____

| | |
|---|---|
| /s/ Kimberly J. Gost | /s/ Gary S. Graifman |
| Kimberly J. Gost | Gary S. Graifman |
| Nina K. Markey | Randy J. Perlmutter |
| Sarah P. Bryan | Kantrowitz, Goldhamer & Graifman |
| LITTLER MENDELSON, P.C. | 210 Summit Ave. |
| Three Parkway | Montvale, NJ 07645 |
| 1601 Cherry Street, Suite 1400 | ggraifman@kgglaw.com |
| Philadelphia, PA 19102-1321 | rperlmutter@kgglaw.com |
| 267-402-3020 (telephone) | |
| 267-402-3131 (facsimile) | Gary E. Mason |
| kgost@littler.com | Nicholas A. Migliaccio |
| nmarkey@littler.com | The Mason Law Firm |
| | 1625 Massachusetts Ave. |
| Attorneys for Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and Avis Rent A Car System, LLC | Northwest, Suite 605 |
| | Washington, DC 20036 |
| | gmason@masonlawdc.com |
| | nmigliaccio@masonlawdc.com |
| | |
| | Andreas N. Akaras |
| | The Akaras Law Office |
| | 4423 Lehigh Road, #308 |
| | College Park, MD 20740 |
| | akaras@akaraslaw.com |

**SO ORDERED:**

_____
Honorable Stanley R. Chesler
United States District Judge

Dated: 8/10/11